IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COLUMBIA INSURANCE GROUP,

Plaintiff,

v.

MANPRIT HOSPITALITY, LLC,
d/b/a QUALITY INN,

Defendant.                                              No. 10-101-DRH

## ORDER

**HERNDON, Chief Judge:**

The Court, being fully advised in the premises, hereby finds that under the logic of **Smith v. Check-n-Go, 200 F.3d 511 (7th Cir. 1999)** and other cases, and given the similarities between this case and another, **Manprit Hospitality, LLC, v. Columbia Insurance Group, No. 09-cv-996-MJR-DGW**, already before District Judge Michael J. Reagan, this case should be reassigned to Judge Reagan. Accordingly, the Court **TRANSFERS** this case to District Judge Reagan for further proceedings. All further proceedings shall bear the case number 10-cv-101-MJR.

**IT IS SO ORDERED.**

Signed this 21st day of April, 2010.

/s/ David R. Herndon
**Chief Judge
United States District Court**